███████████ statement to me, Officer Kirby, made on 01-30-11.

████████ advised that she ranaway from the group home she was in on 01-23-11. ████████ said that she met some people on the street and they took her to a house at an unknown location. ████████ said that while at the house she met ERICK. On 01-28-11 ████████ said that she and ERICK checked into the Extended Stay. ████████ said that she needed ERICK to get the room because she was not old enough. ████████ also said that she had told ERICK that she was 19 years of age.

████████ said that she had been using the room to meet men who called her ot have sex for money. ████████ said that the men where able to get her phone number through a blog she had on the internet that described her and contained her contact number. ████████ said that ERICK had nothing to do with what was going on but that she did give him the money that she earned so that he could hold it and keep her from spending the money.

████████ said that on this evening ERICK had gone to Wal-Mart to buy her some make-up and face wash. While ERICK was gone ████████ said that her Aunt showed up at the hotel room for a visit. ████████ said that she spoke with ERICK on the phone and advised him that her family was in the room and ERICK told her that he would stay away until they left. ████████ said that she then left with her Aunt to go todinner. ████████ said that when she returned from dinner that ERICK had done something with her belongings and she did know where they were.

████████ said that since checking into the hotel room that she had had sex with 4 to 5 men and had earned approx. 1000 dollars. ████████ said that she had given this money plus 60 dollars that her Aunt had given to her to ERICK to hold.

*Investigation relative to Trafficking Children for Sexual Purposes / Molestation of a Juvenile:*

*9965-11*

*Suspect: Erick Banks*

*Victim: Miranda Darcey*

*Victim Statement:*

================================================================

On Sunday January 30, 2011 at approx. 0500 hrs I, Det. L. Stromberg took the victim, ~~Miranda Darcey~~ to BRPD Juv/Sex Crimes Office and conducted an interview of her. I also conducted a follow up interview on Tuesday February 1, 2011 again at BRPD Juv/ Sex Crimes office.

~~Miranda~~ explained that on Sunday January 23, 2011 she left the BR Youth group home located at 2110 Government St. at approx. 2030 hrs. ~~Miranda~~ explained that she was having some "problems" with a couple of other girls in the home at the time. ~~Miranda~~ stated that she left the home and just started walking down Government St. until stopping at an Albertson's Grocery store located at 4857 Government St. to use the bathroom. When ~~Miranda~~ exited the store she was approached by an unknown B/M she described as "raggedy" and as being a "crack head" who asked for $0.40. ~~Miranda~~ explained that she did not have any money to give him. ~~Miranda~~ walked with this unknown B/M North on Foster to North St. where the two entered an abandoned residence in the 4700 block of North St. This abandoned residence has a blue exterior which is farther back off of North St than the surrounding businesses. ~~Miranda~~ explained that the unknown B/M smoked "crack" in the house and the two of them then walked to "Kim's Grocery" located at 4695 North St. approx. 75 yds West from the abandoned house.

In front of "Kim's Grocery" the victim was sitting on a wooden box when an unknown B/F approached claiming to be the unknown B/M "crack head's" sister. This unk B/F asked the victim how old she was and the victim answered that she was (17) seventeen. The victim explained that she told them a story that she was from out of town and caught her boyfriend cheating on her. The victim continued that she told the two that she just left his house upon seeing him cheating. According to the victim the unk B/F's next quote was "Oh we gonna make some money with you". The victim continued that she did not know what this female was talking about at first. The unk B/F flagged down a car which had two people inside it. The victim described the car as a black four door car with gray interior. The victim remembered that the car made a distinct noise when it turned and accelerated from a dead stop. The victim continued that this car brought the three of them to an unknown residence. Inside this residence was another unknown B/M who went by "D". The victim explained that "D" was the person who called the suspect, Banks. The victim stated that Banks came to the residence and he explained what he wanted to do with her. The victim left with the suspect and went to the suspect's "friends" house where the suspect was "staying". The victim described that the suspect wanted to use her for prostitution. The victim agreed to do so and the suspect (Banks) started to create the advertisement. The victim stated that the suspect used the name "Sin" to put in the ad and retrieved a picture from online to post with the advertisement. The victim was unsure of exactly where the