UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JANUARY 9, 2014
BRADY, J.

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | |
| ERICK BANKS | NO. 11-135-JJB-RLB |

This cause came on this day for sentencing.

PRESENT:  Frederick A. Menner, Jr., Esq.
 Counsel for United States

 J. David Bourland, Esq.
 Counsel for Defendant

The parties discuss the objections to the Presentence Report.

The court accepts the plea agreement.

The victim makes a statement to the court.

The court pronounces sentence.

The defendant is advised of his right to appeal.

The United States moves to dismiss Count Two of the indictment.

The defendant is remanded to the custody of the United States Marshal.

\*   \*   \*   \*   \*

S. Thompson/Reporter
C: CR 53; T- 30 mins.